No. 6381. Price v. Illinois. Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. Mr. Justice Douglas is of the opinion that probable jurisdiction should be noted.

No. 1367. Clairol, Inc. v. Director of Division of Taxation. Appeal from Sup. Ct. N. J. Motion of Automobile Manufacturers Assn., Inc., for leave to file a brief as amicus curiae granted. Appeal dismissed for want of substantial federal question. Mr. Justice Harlan is of the opinion that probable jurisdiction should be noted and case set for oral argument. Mr. Justice Brennan took no part in the consideration or decision of this case.

No. 1390. Pruett v. Texas. Appeal from Ct. Crim. App. Tex. dismissed for want of substantial federal question.

No. 1391. H. L. Federman & Co., Inc. v. Zerbel, dba John A. Zerbel & Co. Appeal from Sup. Ct. Wis. dismissed for want of substantial federal question.

No. 1428. Fried et al. v. Danaher, Clerk of Circuit Court, et al. Appeal from Sup. Ct. Ill. dismissed for want of substantial federal question.

No. 962. Kostamo v. Northern City National Bank, Administrator, et al. Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question. Mr. Justice Douglas and Mr. Justice Brennan dissent from dismissal of appeal